IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00032-LTB

UNITED STATES OF AMERICA,

      Petitioner,

v.

JAMES L. COVER,

      Respondent.

_____

## ORDER OF DISMISSAL
_____

Upon consideration of respondent's Motion to Dismiss filed February 13, 2006, this action is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Entered this ___13th___ day of ___February___, 2006.

BY THE COURT:


___s/Lewis T. Babcock_____
LEWIS T. BABCOCK
UNITED STATES DISTRICT JUDGE